In the Matter of the Claim of MILARD ROPER, Appellant, against H. C. BOHACK Co., INC., and MARYLA D CASUALTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Order of this court, filed and entered September 15, 1933, dismissing the within appeal vacated and appeal reinstated. Motion to vacate order permitting appeal on the original record denied. Case to be placed on the

* Handed down at May Compensation Term on April 29, 1940.— [BY THE COURT.

September, 1940, Compensation Calendar of this court. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of HENRY A. SCHULTZ, Respondent, against E. W. & W. D. ALLANSON, Appellant, and SUN INDEMNITY COMPANY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.